UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WHEELER COLE SCOTT**                                                          **PLAINTIFF**

**v.**                     **CASE NO. 4:11cv00064 BSM**

**INTERNAL REVENUE SERVICE**                                **DEFENDANT**

## JUDGMENT

Pursuant to the order filed today, judgment is entered dismissing this case with prejudice. The relief sought is denied.

DATED this 20th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE